UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON THOMAS,  §<br>     Plaintiff,  §<br>                    §<br>v                    §<br>                    §<br>NATIONAL RECOVERY AGENCY,  §<br>     Defendant.  §<br>                    §<br>                    §<br>                    § | C. A. No.: 3:17-cv-00392 SRU |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Ian J. Gemmell* | */s/ Angela K. Troccoli* |
| Ian J. Gemmell, Esquire | Angela K. Troccoli, Esquire |
| Peabody & Arnold, LLP | Kimmel & Silverman, P.C. |
| 600 Atlantic Avenue | 136 Main Street, Suite 301 |
| Boston MA 02210 | Danielson, CT 06239 |
| Phone: (617) 951-2100 | Phone: (860) 866-4380 |
| igemmell@peabodyarnold.com | atroccoli@creditlaw.com |
| *Attorney for the Defendant* | *Attorney for the Plaintiff* |
| Date: December 12, 2017 | Date: December 12, 2017 |

BY THE COURT:

_____
                                          J.

## CERTIFICATE OF SERVICE

I, Angela K. Troccoli, Esquire, hereby certify that I have this 12th day of December, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Angela K. Troccoli*
Angela K. Troccoli, Esquire